UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANA OBERHANSLY,  )<br>      Plaintiff,  )<br>                    )<br>-v-                   )<br>                    )<br>ASSOCIATION OF BETTER LIVING AND )<br>EDUCATION INTERNATIONAL, et al.,  )<br>      Defendants.  )<br>_____ ) | No. 1:15-cv-73<br><br>HONORABLE PAUL L. MALONEY |

### ORDER LIFTING STAY

On February 11, 2015, this Court stayed this lawsuit until Plaintiff's motion to transfer to the Panel on Multidistrict Litigation was resolved. (ECF No. 6.) The Panel denied the motion on February 5, 2015. (ECF No. 13-1.)

Therefore, the stay in this litigation is lifted. The Defendants that were served with the summons and complaint while the stay was in place must file their answer or otherwise defend against the complaint by Wednesday, May 20, 2015. *See* Fed. R. Civ. P. 12(a)(1).

**IT IS SO ORDERED.**

Date:  April 30, 2015                                  /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                Chief United States District Judge